**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02330-ZLW

FIDEL G. RAMOS,

      Plaintiff,

v.

WILLIAM BILL RITTER, Governor, Chief Executive Director for the State of Colorado
      and the Colorado Department of Corrections,
ARISTEDES W. ZAVARES, Executive Director for the Colorado Department of
      Corrections,
JOAN SHOEMAKER, Deputy Director of the Medical Department for the Colorado
      Department of Corrections,
BEVERLY DOWIS, Medical Administrator for the Sterling Correctional Facility for the
      Colorado Department of Corrections,
KEVIN MILYARD, Warden of the Sterling Correctional Facility for the Colorado
      Department of Corrections,
RON LEYBA, Warden of the Canon City Minimum Correctional Complex for the
      Colorado Department of Corrections,
D. M. LINAM, Associate Warden of the Four-Mile Correctional Facility for the Colorado
      Department of Corrections,
MR. TAFOYA, Captain for the Arrowhead Correctional Facility for the Colorado
      Department of Corrections,
LT. SCOTT, Unit housing Officer for the Arrowhead Correctional Facility for the
      Colorado Department of Corrections,
MR. MURRAY, Sgt., Housing Officer for the Arrowhead Correctional Facility for the
      Colorado Department of Corrections,
MRS. DEGROOT, Sgt., Housing Unit Officer for the Arrowhead Correctional Facility for
      the Colorado Department of Corrections,
JOSEPH P. HALLIGAN, Case Mgr. III for the Sterling Correctional Facility for the
      Colorado Department of Corrections,
MR. R. DICK, Case Manager for the Sterling Correctional Facility for the Colorado
      Department of Corrections,
ROBERT J. KIESEL, Captain, Security Officer for the Sterling Correctional Facility for
      the Colorado Department of Corrections,
MR. MISCHIARRA, Captain, Security Officer for the Sterling Correctional Facility for the
      Colorado Department of Corrections,
ROBERT SCOTT, Lt., Security Officer for the Sterling Correctional Facility for the
      Colorado Department of Corrections,
J. SMITH, C.O., Unit Housing Officer for the Sterling Correctional Facility for the
      Colorado Department of Corrections,

R. BROWN, C.O., Security Officer for the Sterling Correctional Facility for the Colorado
      Department of Corrections, and

I. EMERICK, C.O., Security Officer for the Sterling Correctional Facility for the Colorado Department of Corrections,

Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

Plaintiff's "Motion Requesting that all Court Payments Filing Fee's [sic] and Court Fee's [sic] Chrged [sic] to the Court Cost to be Paid be Held in Abeyance and Credited to the Plaintiff's Complaint that will be Resubmitted with the Corrections that the Court has Stipulated in Its Order to Dismiss" filed on January 13, 2010, is DENIED. Plaintiff's "Motion for Enlargement of Time" filed on January 13, 2010, is DENIED because this action is closed. If Plaintiff wishes to pursue his claims by filing a new complaint, he must file a new civil action. Plaintiff's "Motion Requesting to Retrieve all Legal Documents and to Include Exhibits Attached to Plaintiff's Original 42 USCA 1983 Prisoner Complaint and Amended Complaint" filed on January 13, 2010, is GRANTED. The clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, the paper copies of his complaint and amended complaint and all exhibits submitted to the Court in this action. Plaintiff is advised to retain copies of any documents he files with the Court in the future because the Court's electronic filing system does not allow the Court to maintain paper copies.

Dated:  January 15, 2010